# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Raymond B. Williams<br>Tammy S. Williams<br>　　　　　Debtors | BK NO. 15-02499 MDF<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Caliber Home Loans, Inc., as Servicer for LSF9 Master Participation Trust, and index same on the master mailing list.

Re: Loan # Ending In: 7358

　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　**/s/ Joshua I. Goldman, Esquire**
　　　　　　　　　　　　　　　　　　　Joshua I. Goldman, Esquire
　　　　　　　　　　　　　　　　　　　Thomas Puleo, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　　　(215) 825-6306  FAX (215) 825-6406
　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant