```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 15-02499-MDF
Raymond B Williams, Jr                                          Chapter 13
Tammy S Williams
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: DDunbar              Page 1 of 1           Date Rcvd: Sep 14, 2016
                              Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2016.
       +Nationstar Mortgage LLC,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2016                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2016 at the address(es) listed below:
              Celine P DerKrikorian    on behalf of Creditor    LSF9 Master Participation Trust
               ecfmail@mwc-law.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gary J Imblum    on behalf of Joint Debtor Tammy S Williams gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Gary J Imblum    on behalf of Debtor Raymond B Williams, Jr gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Joshua I Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    LSF9 Master Participation Trust
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin S Frankel    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Credit Acceptance Corporation
               mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com
                                                                                                TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| RAYMOND B. WILLIAMS JR. | : CASE NO. 1-15-02499-MDF |
| aka RAYMOND BOYD WILLIAMS, JR. | : |
| TAMMY S. WILLIAMS | : CHAPTER 13 |
| fka TAMMY SUE SUMMERS, fka TAMMY | : |
| S. AUCHEY, aka TAMMY SUE WILLIAMS | : |
| Debtors | : |
| | : |
| RAYMOND B. WILLIAMS JR. | : |
| aka RAYMOND BOYD WILLIAMS, JR. | : |
| TAMMY S. WILLIAMS | : |
| fka TAMMY SUE SUMMERS, fka TAMMY | : |
| S. AUCHEY, aka TAMMY SUE WILLIAMS | : |
| Movants | : |
| | : |
| v. | : |
| | : |
| CHARLES J DEHART, III, ESQUIRE, | : |
| CHAPTER 13 TRUSTEE | : |
| NATIONSTAR MORTGAGE, LLC | : |
| Respondents | : |

## ORDER

Upon consideration of Debtors' Motion for Approval of a Loan Modification,

**IT IS HEREBY ORDERED AND DECREED** that Federal Bankruptcy Rule 6004(g) is not applicable, and that the Loan Modification of real estate at 170 Abbotts Drive, Abbottstown, Adams County, Pennsylvania, through Nationstar Mortgage, LLC in the amount of $158,700.00 is approved.

By the Court,

*Mary D. France*
Bankruptcy Judge (VK)

Dated: September 14, 2016