| Debtor 1 | RAYMOND B WILLIAMS, JR |
|---|---|
| Debtor 2 (Spouse, if filing) | TAMMY S WILLIAMS |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF PENNSYLVANIA |
| Case number (if known) | 1:15-bk-02499 |

Check if this is:
- [x] An amended filing
- [ ] A supplement showing post-petition chapter 13 expenses as of the following date:
  MM / DD / YYYY
- [ ] A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

## Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. Is this a joint case?
   - [ ] No. Go to line 2.
   - [x] Yes. Does Debtor 2 live in a separate household?
     - [x] No
     - [ ] Yes. Debtor 2 must file a separate Schedule J.

2. Do you have dependents?  [ ] No
   Do not list Debtor 1 and Debtor 2.   [x] Yes. Fill out this information for each dependent.
   Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Granddaughter | 1 | [ ] No  [x] Yes |
| Daughter | 19 | [ ] No  [x] Yes |
| Daughter | 21 YS | [ ] No  [x] Yes |
| Daughter | 25 | [ ] No  [x] Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?
   - [x] No
   - [ ] Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 6I.)

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.    4. $ 988.75

   If not included in line 4:

   4a. Real estate taxes                                                    4a. $ 0.00
   4b. Property, homeowner's, or renter's insurance                         4b. $ 0.00
   4c. Home maintenance, repair, and upkeep expenses                        4c. $ 65.00
   4d. Homeowner's association or condominium dues                          4d. $ 0.00
5. Additional mortgage payments for your residence, such as home equity loans   5. $ 0.00

Debtor 1 RAYMOND B WILLIAMS, JR
Debtor 2 TAMMY S WILLIAMS

Case number (if known) 1:15-bk-02499

6. Utilities:
   - 6a. Electricity, heat, natural gas — 6a. $ 280.00
   - 6b. Water, sewer, garbage collection — 6b. $ 127.00
   - 6c. Telephone, cell phone, internet, satellite, and cable services — 6c. $ 375.00
   - 6d. Other. Specify: — 6d. $ 0.00
7. Food and housekeeping supplies — 7. $ 1,050.00
8. Childcare and children's education costs — 8. $ 0.00
9. Clothing, laundry, and dry cleaning — 9. $ 175.00
10. Personal care products and services — 10. $ 165.00
11. Medical and dental expenses — 11. $ 25.00
12. Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. — 12. $ 475.00
13. Entertainment, clubs, recreation, newspapers, magazines, and books — 13. $ 200.00
14. Charitable contributions and religious donations — 14. $ 0.00
15. Insurance.
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    - 15a. Life insurance — 15a. $ 0.00
    - 15b. Health insurance — 15b. $ 0.00
    - 15c. Vehicle insurance — 15c. $ 204.50
    - 15d. Other insurance. Specify: — 15d. $ 0.00
16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: Local I.T. not deducted from Husban's pay — 16. $ 75.92
17. Installment or lease payments:
    - 17a. Car payments for Vehicle 1 — 17a. $ 356.00
    - 17b. Car payments for Vehicle 2 — 17b. $ 0.00
    - 17c. Other. Specify: Motorcycle — 17c. $ 130.97
    - 17d. Other. Specify: Husband's 401 (K) loan (replace roof) over remaining 16 mos. of plan — 17d. $ 97.50
    - Wife's $ 5000.00 401 (K) loan (used car) — $ 145.17
18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 6I). — 18. $ 0.00
19. Other payments you make to support others who do not live with you. Specify: — 19. $ 0.00
20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.
    - 20a. Mortgages on other property — 20a. $ 0.00
    - 20b. Real estate taxes — 20b. $ 0.00
    - 20c. Property, homeowner's, or renter's insurance — 20c. $ 0.00
    - 20d. Maintenance, repair, and upkeep expenses — 20d. $ 0.00
    - 20e. Homeowner's association or condominium dues — 20e. $ 0.00
21. Other: Specify: Cigarettes and Chew — 21. +$ 334.68
22. Your monthly expenses. Add lines 4 through 21. The result is your monthly expenses. — 22. $ 5,263.39
23. Calculate your monthly net income.
    - 23a. Copy line 12 (your combined monthly income) from Schedule I. — 23a. $ 5,412.66
    - 23b. Copy your monthly expenses from line 22 above. — 23b. –$ 5,263.39
    - 23c. Subtract your monthly expenses from your monthly income. The result is your monthly net income. — 23c. $ 149.27

24. Do you expect an increase or decrease in your expenses within the year after you file this form?
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?
    ☐ No.
    ☑ Yes. Explain: Debtors' 19 and 21 year old daughters are college students. The 19 year old daughter is a student and does not work. The 21 year old daughter works very little due to her school schedule and she can't afford child care. Debtors' 25 year old daughter also resides with Debtors. She is employed full time and pays her personal expenses. None of them pay rent or contribute towards paying monthly expenses or food.

Official Form B 6J          Schedule J: Your Expenses          page 2

## VERIFICATION

We Raymond B. Williams, Jr. and Tammy S. Williams, Debtors, verify that the statements made in the aforegoing Amended Schedule J are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa. C. S. §4904, relating to unsworn falsification to authorities.

_____
Raymond B. Williams, Jr.

_____
Tammy S. Williams

Dated: 12/5/2016