```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

```
In re:                                              Case No. 15-02499-RNO
Raymond B Williams, Jr                              Chapter 13
Tammy S Williams
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0314-1         User: DDunbar        Page 1 of 1             Date Rcvd: Aug 16, 2017
                             Form ID: trc          Total Noticed: 1
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4872760       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Aug 16 2017 19:16:41
               LSF9 Master Participation Trust,   C/O Caliber Home Loans, Inc.,    13801 Wireless Way,
               Oklahoma City, OK 73134,    LSF9 Master Participation Trust,
               C/O Caliber Home Loans, Inc. 73134-2500
                                                                               TOTAL: 1


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2017 at the address(es) listed below:
            Celine P DerKrikorian    on behalf of Creditor    LSF9 Master Participation Trust
             ecfmail@mwc-law.com
            Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com,  dehartstaff@pamd13trustee.com
            Danielle  Boyle-Ebersole    on behalf of Creditor    J.P. Morgan Mortgage Acquisition Corp. c/o
             Rushmore Loan Management Services debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
            Gary J Imblum    on behalf of Debtor Raymond B Williams, Jr gary.imblum@imblumlaw.com,
             gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
             ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
            Gary J Imblum    on behalf of Joint Debtor Tammy S Williams gary.imblum@imblumlaw.com,
             gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
             ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
            Joshua I Goldman    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            Joshua I Goldman    on behalf of Creditor    LSF9 Master Participation Trust
             bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
            Kevin S Frankel    on behalf of Creditor    Nationstar Mortgage LLC pa-bk@logs.com
            Thomas I Puleo    on behalf of Creditor    LSF9 Master Participation Trust tpuleo@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            United States Trustee    ustpregion03.ha.ecf@usdoj.gov
            William E. Craig    on behalf of Creditor    Credit Acceptance Corporation ecfmail@mortoncraig.com,
             mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                               TOTAL: 11
```

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:15-bk-02499-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Raymond B Williams, Jr
170 Abbotts Drive
Abbottstown Pa 17301

Tammy S Williams
170 Abbotts Drive
Abbottstown Pa 17301

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/15/2017.

Name and Address of Alleged Transferor(s):

Claim No. 8: LSF9 Master Participation Trust, C/O Caliber Home Loans, Inc., 13801 Wireless Way, Oklahoma City, OK 73134, LSF9 Master Participation Trust, C/O Caliber Home Loans, Inc.

Name and Address of Transferee:

J.P. Morgan Mortgage Acquisition Corp.
c/o Rushmore Loan Management Services
P.O. Box 52708
Irvine, CA 92619-2708
J.P. Morgan Mortgage Acquisition Corp.
c/o Rushmore Loan Management Services

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   08/18/17

Terrence S. Miller
**CLERK OF THE COURT**