**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:

RAYMOND B WILLIAMS, JR                                     Case No.: 1-15-02499-HWV
TAMMY S WILLIAMS                                               Chapter 13
                    Debtor(s)


NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                            **MORTGAGE INFORMATION**
Creditor Name:                         RUSHMORE LOAN MANAGEMENT SERVICES
Court Claim Number:                    08
Last Four of Loan Number:              8007/PRE ARREARS/170 ABBOTTS DR
Property Address if applicable:        170 ABBOTTS DR, ABBOTTSTOWN, PA  17301

**PART 2:**                            **CURE AMOUNT**
TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE
a.   Allowed prepetition arrearages:                                    $4598.46
b.   Prepetition arrearages paid by the Trustee:                        $4598.46
c.   Amount of postpetition fees, expenses, and charges recoverable
     Under Bankruptcy Rule 3002.1(c):                                   $0.00
d.   Amount of postpetition fees, expenses, and charges recoverable
     Under Bankruptcy Rule 3002.1(c) and paid by the Trustee:           $0.00
e.   Allowed postpetition arrearage:                                    $0.00
f.   Postpetition arrearages paid by the Trustee:                       $0.00
g.   Total b, d, f:                                                     $4,598.46

**PART 3:**                            **POST PETITION MORTGAGE PAYMENT**
Paid direct by the Debtor(s)
Current Monthly Mortgage Payment:  $0.00
Next postpetition payment due:
If known, Principal Balance Outstanding:  UNKNOWN


**PART 4:**            **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.


To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: August 22, 2018

Respectfully submitted,

s/ Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:

| | |
|---|---|
| RAYMOND B WILLIAMS, JR | Case No.: 1-15-02499-HWV |
| TAMMY S WILLIAMS | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 22, 2018, I served a copy of this Notice of Final Cure on the following parties by 1st Class mail, unless served electronically.

| | | |
|---|---|---|
| RAYMOND B WILLIAMS, JR<br>TAMMY S WILLIAMS<br>170 ABBOTTS DR<br>ABBOTTSTOWN, PA 17301 | | SERVED BY 1ST CLASS MAIL |
| | | |
| RUSHMORE LOAN MANAGEMENT SERVICES<br>PO BOX 52708<br>IRVINE, CA, 92619-2708 | | SERVED BY 1ST CLASS MAIL |
| | | |
| GARY J. IMBLUM, ESQUIRE<br>4615 DERRY STREET<br>HARRISBURG PA, 17111- | | SERVED ELECTRONICALLY |

Date: August 22, 2018

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com